ROBERT L. HARRISON, Respondent, *v.* EDWARD W. VANDER-
BILT et al., Appellants.

(Argued March 4, 1890; decided March 21, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made June 18, 1887, which affirmed a judgment in favor of
plaintiff entered upon a verdict, and affirmed an order denying
a motion for a new trial.

*George H. Adams* for appellants.

*Robert L. Harrison* respondent in person.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

HENRY HOLTHAUSEN, Respondent, *v.* JOHN PONDIR,
Appellant.

(Argued March 4, 1890; decided March 21, 1890.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
June 23, 1887, which affirmed a judgment in favor of plaintiff
entered upon a verdict, and affirmed an order denying a motion
for a new trial.

*C. C. Shelton* for appellant.

*Hy. Huffman Browne* for respondent.

Agree to affirm ; no opinion.
All concur except HAIGHT, J., not sitting.
Judgment affirmed.